IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| Plaintiff, | ) |
| | ) 2:06-mc-00175-GLL |
| v | ) and |
| | ) 2:06-mc-00176-GLL |
| ELECTRICITE DE FRANCE | ) (No. 1:05CV0969 (JGP) |
| INTERNATIONAL NORTH AMERICA, | ) Pending in the United States District |
| INC., et al | ) Court for the District of Columbia) |
| Defendants. | ) |

**PLAINTIFF'S EMERGENCY MOTION FOR STAY PENDING RECONSIDERATION OF JUNE 19, 2006 ORDER DENYING MOTION TO QUASH SUBPOENA**

Plaintiff CATHERINE GAUJACQ, by counsel, hereby moves this Court for a stay pending reconsideration of its June 19, 2006 Order denying Ms. Gaujacq's Emergency Motion to Quash Defendants' Document Subpoena from defendants Electricité de France, S.A. and Electricité de France International North America, Inc. to PNC Bank. The grounds for this motion are set forth in the accompanying Memorandum

June 19, 2006

Respectfully Submitted,

Elaine Charlson Bredehoft
D.C. Bar No. 441425
S. Christian Wickwire
D.C. Bar No. 488797
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff
 Catherine Gaujacq

AND NOW, THIS 26th DAY OF June 06, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE